IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                   CASE NO. 1:07-cr-00030-MP-AK

CLEMENTE RODRIGUEZ,

    Defendant.
_____/

**O R D E R**

This matter came before the Court for a Change of Plea hearing on January 9, 2008.  At the conclusion of the hearing, the defendant moved to modify his conditions of pre-sentencing release.  Both the government and Probation consent to the request. The motion is granted, and the conditions of home confinement and curfew are deleted.  All other terms and conditions of release remain in full force and effect.

    **DONE AND ORDERED** this *11th* day of January, 2008

                                     *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge