IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00030-MP-AK

CLEMENTE RODRIGUEZ,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 34, Motion to Continue Sentencing upon Stipulation of Counsel, filed by Clemente Rodriguez. The motion is granted and sentencing is hereby reset for Friday, April 4, 2008, at 9:30 a.m.

**DONE AND ORDERED** this _27th_ day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge