# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                              CASE NO.  1:07-CR-30- MMP

CLEMENTE RODRIGUEZ

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Clemente Rodriguez_____ (Payee)

Address:   14989 W. Hwy 318
               Williston, FL 32696

Receipt Number  _4-7774_____   Date of Receipt _____8/20/09_____

Motion: N/A

Explanation: A review of the payment records for Mr. Rodriguez indicates an overpayment of $50.00. According to the court dockets and financial records, Mr. Rodriguez does not owe any additional money and should be reimbursed $50.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
               Philip Detweiler, Financial Specialist        Date:  September 17, 2009

Referred by: _____ ,Deputy Clerk

## ORDER OF COURT

It is ORDERED this 22ⁿᵈ_____ day of __September_____, 2009, that the Clerk refund the identified funds to the payee.

                        ___s/Maurice. M. Paul_____
                        MAURICE M. PAUL, SENIOR
                        UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99